IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 12-cv-271-wmc

PAUL KAST,

        Defendant.

## ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the Defendant Paul Kast serve on the Plaintiff answers to the Plaintiff's written interrogatories and request for production of documents on or before November 17, 2016.

Dated this 29TH day of SEPTEMBER, 2016.

BY THE COURT:

STEPHEN L. CROCKER
United States Magistrate Judge