IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                 Case No. 12-cv-271-wmc

PAUL KAST,

    Defendant.

and

QUARTZ HEALTH SOLUTIONS, INC.,

    Garnishee Defendant.

## DISPOSITION ORDER FOR WRIT OF CONTINUING GARNISHMENT

The court has received has received the answer of the garnishee defendant in the above-captioned case and notes that no party has requested a hearing within the required time period. Accordingly,

IT IS HEREBY ORDERED that the garnishee defendant Quartz Health Solutions, Inc. withhold and retain twenty-five percent (25%) of Susan Kast's income from all sources for each pay period. All funds shall be made payable to the U.S. Department of Justice and forwarded to the U.S. Attorney's Office, Financial Litigation Unit, 222 W. Washington Avenue, Suite 700, Madison, Wisconsin 53703.

1

THIS WRIT OF GARNISHMENT IS CONTINUING AND MAY ONLY TERMINATE BY:

A. A COURT ORDER QUASHING THE WRIT OF GARNISHMENT;

B. EXHAUSTION OF PROPERTY IN THE POSSESSION, CUSTODY, OR CONTROL OF THE GARNISHEE IN WHICH SUSAN KAST HAS A SUBSTANTIAL NONEXEMPT INTEREST (INCLUDING NONEXEMPT DISPOSABLE EARNINGS), UNLESS THE GARNISHEE REINSTATES OR REEMPLOYS SUSAN KAST WITHIN 90 DAYS AFTER SUSAN KAST'S DISMISSAL OR RESIGNATION; OR

C. SATISFACTION OF THE DEBT WITH RESPECT TO WHICH THE WRIT IS ISSUED.

Entered this 6th day of June, 2019.

BY THE COURT:

WILLIAM M. CONLEY
District Judge