IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL KAST,

    Defendant,

and

QUARTZ HEALTH SOLUTIONS, INC.

    Garnishee Defendant.

Case No. 12-cv-271-wmc

**ORDER TERMINATING GARNISHMENT**

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant's compromise payment of $44,081.57,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this 22nd day of January, 2020.

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge